IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE D. DOTSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3995 |
| | : | |
| JILL GALAPIO, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 11th day of January, 2024, upon consideration of Plaintiff Monique D. Dotson's Motion to Proceed <u>In Forma Pauperis</u> (ECF No. 5), and <u>pro se</u> Amended Complaint (ECF No. 4), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Leave to proceed <u>in forma pauperis</u> is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED** without prejudice.

4. Within fourteen (14) days of the date of this Order, Plaintiff may file a second amendment complaint, if she can allege in good faith facts sufficient to state a claim. If Plaintiff does not file a second amended complaint, it will be assumed that Plaintiff wishes to stand on her current amended complaint, and it will be dismissed with prejudice without further notice from the Court.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**